AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York ▼

| | |
|---|---|
| DOV MARCELLIN ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-CV-10298-PGG |
| LONG ISLAND RAILROAD COMPANY ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LONG ISLAND RAILROAD COMPANY

Date: 05/18/2022

*Attorney's signature*

Stephen F. Zaklukiewicz - 2677441
*Printed name and bar number*
2701 Sunrise Highway, Suite 2
Islip Terrace, NY 11752

*Address*

zak@zakpuzo.com
*E-mail address*

(631) 859-0300
*Telephone number*

(631) 859-5284
*FAX number*