```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DOV MARCELLIN                                  :

                Plaintiff,                     :        ORDER

        -v.-                                   :
                                                        21 Civ. 10298 (GWG)
LONG ISLAND RAILROAD COMPANY,                  :

                Defendant.                     :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

No application having been filed as required by the Court's Order of January 6, 2023 (Docket # 22), the deadline for the filing of the materials required by the Court's Order of December 13, 2022 (Docket # 20), is adjourned to January 27, 2023.

SO ORDERED.

Dated: January 13, 2023
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge