# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel: (516) 877-1234   Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ

Offices throughout the Northeast
Toll Free: (866) 877-FELA

_____
Sean Constable, Esq.
Admitted in NY & MA

January 27, 2023

Judge Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    RE:  DOV MARCELLIN v. LONG ISLAND RAILROAD
        21 Civ. 10298 (PGG)(JLC)

Dear Magistrate Judge Gorenstein:

We are plaintiff's counsel in the above-entitled case.  Attached please find Plaintiff's Proposed Verdict Form.

                Respectfully submitted,

                */s/ Marc Wietzke*

                Marc Wietzke

SC:EF
Enclosure
Cc:  Craig Dolinger, Esq.