# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel:  (516) 877-1234   Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ

Offices throughout the Northeast
Toll Free: (866) 877-FELA

_____
Sean Constable, Esq.
Admitted in NY & MA

February 1, 2023

MEMORANDUM ENDORSED

Magistrate Judge Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:  DOV MARCELLIN v. LONG ISLAND RAILROAD
       21 Civ. 10298 (PGG)(JLC)

Dear Judge Gorenstein:

We are plaintiff's counsel in the above-entitled case scheduled for a telephone conference on February 2, 2023 at 10:30 AM.  I write to request a brief adjournment since I will be attending an in-person Final Pre-Trial Conference at 10:00 AM before Judge Cronan on the matter of *Aarne v. Long Island Railroad*, 20 Civ. 5092, which is scheduled to commence trial on February 13, 2023.  In addition, I am also scheduled that day for a telephone conference at 11:00 AM before Judge Lawrence J. Vilardo in the Western District of New York in the matter of *Wagner v CSX Transportation, Inc.*, 20 Civ. 1314.

I have spoken with defense counsel and he consents to request.  The parties can be available on the following days:

- February 7, 2023 – between 9am and 12noon
- February 7, 2023 – between 9am and 10:00 AM; 2pm and 5pm
- February 9, 2023
- February 10, 2023
- February 21, 2023 – after 2pm
- February 22, 2023 – after 1pm
- February 23, 2023
- February 24, 2023 – after 1pm

Respectfully submitted,

*[signature]*

Marc Wietzke

MW:EF
Cc: Joseph M. Puzo, Esq.

Conference adjourned to February 7, 2023, at 10:30 a.m.

So Ordered.

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge

February 1, 2023