UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOV MARCELLIN                                          :

        Plaintiff,                           :        <u>ORDER</u>

   -v.-                                                      :
                                                           21 Civ. 10298 (GWG)
LONG ISLAND RAILROAD COMPANY,                :

        Defendant.                          :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The Courtroom for the trial of this matter has changed. The trial will take place in Courtroom 15-A, which is a technology-equipped courtroom. The trial will begin at 9:00 a.m. on April 24, 2023.

      SO ORDERED.

Dated: February 7, 2023
       New York, New York

                                             _____
                                             GABRIEL W. GORENSTEIN
                                             United States Magistrate Judge