UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOV MARCELLIN                                   :

                                                 :    ORDER OF DISCONTINUANCE
              Plaintiff,                      21 Civ. 10298 (GWG)
                                                 :

  -v.-
                                                 :

LONG ISLAND RAILROAD COMPANY,    :

             Defendant.            :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      On May 17, 2022, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c).  By letter dated March 6, 2023, the parties have reported to the Court that they have reached a settlement of this matter.

      Accordingly, it is hereby ORDERED that this action is dismissed with prejudice and without costs (including attorney's fees) to either party.  If either party wishes to reinstate this matter, the party must make a letter application to the undersigned before the 60-day period expires seeking to re-open this matter.  Any application to reopen filed thereafter may be denied solely for failure to meet the 60-day deadline.

      Any pending motions are moot.  The Clerk is requested to close the case.

      SO ORDERED.

Dated: March 7, 2023
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge